## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Civil No. 05-598 (RHK/AJB) |
| Petitioner, | |
| v. | **ORDER** |
| Giuseppe Gallara, | |
| Respondent. | |

---

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated January 12, 2007, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED**:

    1.  The Report and Recommendation (Doc. No. 16) is **ADOPTED**; and

    2.  Respondent Giuseppe Gallara's Motion for a Conditional Release from Confinement pursuant to Title 18 U.S.C. § 4247(h) (Doc. No. 13) is **DENIED**.

Dated: February 8, 2007

                                                                                               s/Richard H. Kyle
                                                                            RICHARD H. KYLE
                                                                            United States District Judge